Wassouf v. United States                    07-CV-334-SM  01/28/08

UNITED STATES DISTRICT COURT

                        DISTRICT OF NEW HAMPSHIRE


George Wassouf,

      v.                                    Civil No. 07-cv-334-SM
                                            Opinion No. 2008 DNH 023
United States of America


                            **O R D E R**


      Petitioner seeks relief from his conviction and sentence

under the provisions of 28 U.S.C. § 2255.  His asserted grounds

are, in general, that mental health difficulties rendered his

guilty plea to bank fraud improvident; that a term of five years

of supervised release violated his binding plea agreement; and

that he should have been warned that immigration consequences

might flow from his guilty plea.


      The issues petitioner seeks to raise are without merit, but

his petition must be dismissed for a different, more preliminary

reason.  Petitioner filed a direct appeal of his conviction and

sentence (after earlier § 2255 relief was granted to him).  That

appeal was resolved by mandate issued by the United States Court

of Appeals for the First Circuit on October 5, 2005.  The time in

which to file a petition for certiorari expired on January 5,

2005.

Petitioner had one year from "the date on which judgment of conviction [became] final in which to file his petition for relief under § 2255. 28 U.S.C. § 2255 Para. 6. That date was January 5, 2006, but this petition was not filed until October 4, 2007, far beyond the deadline. Petitioner does not suggest any bases upon which his petition might be timely under other provisions of § 2255, and the court does not recognize any.

The petition is necessarily dismissed as untimely.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

January 28, 2008

cc:  George Wassouf, pro se
     Aixa Maldonado-Quinones, Esq.

2